Security-Columbian Banknote Company, Division of United States Banknote Corporation, Appellant, v. Strategic Data Centers, Inc., Respondent.

Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Tilzer, JJ.